AMOUNT TO A VIOLATION OF ARTICLE 10, UNIFORM CODE OF MILITARY JUSTICE.

No. 15–0295/AR. U.S. v. Kevin D. Washington. CCA 20140826. On consideration of the writ-appeal petition, it is ordered that said writ-appeal petition is hereby denied.

No. 15–0225/AR. U.S. v. Neftaly Platero. CCA 20120620. On consideration of Appellant's third motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted to March 27, 2015, and in the absence of extraordinary circumstances, no further extension of time will be granted in this case.

No. 15–0260/AF. U.S. v. Andrew P. Witt. CCA 36785. Appellant's motion to extend time to file a brief granted to March 25, 2015.

No. 15–0357/MC. U.S. v. Levon Tyler. CCA 201200327. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted, up to and including March 17, 2015.

No. 15–0383/MC. U.S. v. Edmund R. Gallegos. CCA 201300391. Appellant's motion to extend time to file the supplement to the petition forfor for grant of review granted to March 12, 2015.

No. 15–0384/CG. U.S. v. Christopher S. Cooley. CCA 1389. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 16, 2015.

Wednesday, February 25, 2015

No. 15–0239/AR. U.S. v. Joshua C. Hudsoncurrier. CCA 20110737. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, we agree with Appellant's personally-asserted contention that the Government failed to prove the existence of an agreement to commit the offense of aggravated assault. Accordingly, it is ordered that said petition is granted on the following issue:

> WHETHER THE EVIDENCE OF CONSPIRACY TO COMMIT AGGRA-VATED ASSAULT IS LEGALLY SUFFICIENT.

The decision of the United States Army Court of Criminal Appeals is reversed as to Charge I and its Specification. The findings of guilty as to Charge I and its Specification are set aside and that charge and specification are dismissed. The remaining findings are affirmed. Inasmuch as Appellant suffered no prejudice as to his sentence because the military judge merged the conspiracy charge with the underlying aggravated assault charge for sentencing purposes, the sentence is affirmed.

No. 15–0059/NA. U.S. v. Darron D. Ward, Jr. CCA 201400021. Appellee's motion for leave to file a corrected brief is granted.

No. 15–0369/MC. Raymion E. Richards v. William R. Lieblein and Robert F. Hedelund. Appellant's motion to file a substitute brief with redacted appendix and Appellant's motion to correct errata are granted.

No. 15–0392/MC. U.S. v. Nicolas Vega, Jr. CCA 20130000277. Appellant's motion to extend the time to file the supplement to the petition for grant of review is granted to March 17, 2015.